Social Service Registration Bureau

*v.*

State of Illinois.

*Opinion filed March 8, 1923.*

Contract—*when State liable for services rendered.* The State is liable for the services rendered by claimant at the request of the State Immigrants Commission.

Edward J. Brundage, Attorney General, for State.

This is a claim for $101.88 for services rendered by claimant to the State Immigrants Commission at the latter's request during the period from October 1, 1920, to June 30, 1921; the services consisting of 815 reports and notifications at 12½ cents each, regarding persons in whom the Immigrants Commission was interested.

The Attorney General in behalf of the defendant, comes and consents to an award of $101.88 without interest.

We, therefore, award the claimant the sum of $101.88 without interest.